## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, : | |
|     Plaintiff/Counterclaim Defendant, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-723 |
| MAURY ROSENBERG, : | |
|     Defendant/Counterclaim Plaintiff. : | |

## ORDER

**AND NOW**, this 19th day of December 2013, upon consideration of the parties' Cross Motions for Summary Judgment (Doc. Nos. 78 & 79) and the responses thereto, it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion, the Motions are **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**