IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,   :<br>        Plaintiff/Counterclaim Defendant, :<br>                                              :<br>v.                                             :<br>                                             :<br>MAURY ROSENBERG,              :<br>       Defendant/Counterclaim Plaintiff. : | CIVIL ACTION<br><br>NO. 12-723 |

**ORDER**

**AND NOW**, this 30th day of May 2014, upon consideration of Plaintiff's Motion to Strike Jury Demand (Doc. No 101) and Defendant's response thereto, it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion, the Motion is **GRANTED in part and DENIED in part** as follows:

    1.    With respect to Defendant's jury demand, the Motion is **GRANTED**, and the jury demand is **STRICKEN**;

    2.    With respect to Plaintiff's request that the Court set this case for trial, the Motion is **DENIED** without prejudice.

It is further **ORDERED**  that with **14 days** of the entry of this Order, the Parties through counsel shall jointly report to the Court in writing whether there are any outstanding discovery matters and if so, when the parties anticipate that discovery will be completed.

    **IT IS SO ORDERED**.

                                                     **BY THE COURT:**

                                                     /s/ Cynthia M. Rufe

                                                   _____
                                                   **CYNTHIA M. RUFE, J.**