# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, : <br>     Plaintiff/Counterclaim Defendant, : <br> : <br> v.                            : <br> : <br> MAURY ROSENBERG,              : <br>     Defendant/Counterclaim Plaintiff. : | CIVIL ACTION NO. 12-0723 |

## ORDER

**AND NOW**, this 22nd day of January 2018, upon consideration of the Motion for Mutual Judgment Satisfaction filed by U.S. Bank, National Association [Doc. No. 219], and the responses and replies thereto, it is hereby **ORDERED** that the Motion [Doc. No. 219] is **DENIED**. The case shall remain **CLOSED**.

It is so **ORDERED**.

                                          **BY THE COURT:**

                                          **/s/ Cynthia M. Rufe**

                                          _____
                                          **CYNTHIA M. RUFE, J.**